# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5913 | **DATE** | 09/30/09 |
| **CASE TITLE** | Merced Rojas vs. Town of Cicero et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's response to Plaintiff's Motion for Protective Order [52] is due by 10/07/09. Parties advised possible agreement may be reached regarding Defendants' Motion for Protective Order [50]. Defendants' Motion to Compel Discovery Compliance and For Leave to Take More Than Ten Depositions [40] is entered and continued. Status hearing previously set for 10/05/09 is stricken and reset for 10/21/09 at 9:00 a.m. Agreed Order to follow.

Notices mailed by Judicial staff.

00:08

| | Courtroom Deputy Initials: | LXS |
|---|---|---|