TP:khs 09-1825 03.04.2009 08:27:17

In the United States District Court for the
Northern District of Illinois, Eastern Division

Merced Rojas,

    Plaintiff,

    vs.                              No.: 08 cv 5913

Town of Cicero, Larry Dominick,        Magistrate Judge Nolan
President of the Town of Cicero in his
individual capacity and Derek Dominick
in his individual capacity,

    Defendants.

Individual Defendants' Motion for Rule to Show Cause Against Maricela Guzman

The individual defendants state as follows:

### Introduction

1.    Maricela Guzman knows about the events that led to plaintiff's termination.

2.    On November 25, 2009 defendants issued a subpoena and witness fee to her, a copy of which is attached and incorporated herein as Exhibit 1.

3.    On December 2, 2009 Ms Guzman called and spoke with Karl Schook, counsel for the individual defendants, acknowledged receipt of the subpoena and witness fee, and said she was unwilling to appear. She viewed it to be a waste of time and she said she had a young infant. Mr. Schook advised her to seek legal counsel and told her accommodations for her child care issues could be easily made.

4.    On December 5, 2009 Mr. Schook called Ms Guzman to try and re-schedule her deposition. She again indicated that she did not want to take part. Mr. Schook reminded her that he was not her attorney and recommended she seek legal counsel.

1

5. After agreeing on a new date with other counsel Mr. Schook informed Ms Guzman of the new date for her testimony, December 30, 2009, via voicemail. Mr. Schook also indicated that defendants would pay for a babysitter and had found a location for her deposition close to her home.

6. On December 21, 2009 Jose Arista called and said he was Ms Guzman's boyfriend (he is another eyewitness in this case) and advised Mr. Schook that they were represented by Ms Jennifer Weiss.

7. Ms Weiss was on trial and only around December 28, 2010 advised Mr. Schook that she did not represent Ms Guzman – she only represents Arista. By this point Ms Guzman's deposition could not proceed on the 30th.

8. On January 8, 2010, Mr. Schook called Guzman to advise her of a new deposition date but her voicemail was full. Schook drafted and mailed a letter informing her of the deposition date and urged her to contact him, a copy of which is attached as Exhibit 2.

9. Ms Guzman did not contact Schook. On January 15, 2010 Schook called again and left voicemail asking Guzman to call him back. Ms Guzman still has not done so.

10. Fact discovery closes on February 1, 2010 and Ms Guzman's deposition needs to be completed as scheduled.

Wherefore the defendants pray the that a rule to show cause be issued to Maricela Guzman to appear and show cause, if she can, why she should not be held in contempt of this court for her failure to obey a lawfully issued and served subpoena and such other relief the court determines is warranted under the circumstances.

January 19, 2010                                          s/ Karl H. Schook_____
                                                          Attorney for certain defendants

Under penalties of perjury the undersigned certifies that the foregoing summary of the efforts he made to obtain the witness's cooperation before filing this motion are true.

January 19, 2010                                     s/ Karl H. Schook_____
                                                     One of defendants' attorneys

<u>Certificate of Service</u>

I hereby certify that I served the foregoing using the court's CM/ECF system which will send notification of such filing to the counsel of record.

January 19, 2010                                     s/ Karl H. Schook\_\_\_\_\_

Craig D. Tobin
Karl H. Schook
Tobin, Petkus & Muñoz, L.L.C.
Attorneys for Certain Defendants
Three First National Plaza, Suite 1950
Chicago, Illinois 60602-4298
Office: (312) 641-1321
Fax: (312) 641-5220
Email:  ctobin@barristers.com
        tpetkus@barristers.com
        khschook@barristers.com
Web:    www.barristers.com

\\Ma01\data - client\Tobin, Craig\Dominick adv. Rojas\Motions\motion, show cause.doc