# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5913 | **DATE** | 11/22/2010 |
| **CASE TITLE** | Rojas vs. Town of Cicero, et al. | | |

**DOCKET ENTRY TEXT**

Court provides to counsel the court's instructions on the voir dire process to be followed at the trial. Each side will have three peremptory challenges as allowed by 28 U.S. C. 1870. Eight jurors will be selected to serve on the jury.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

The court will be using its standard jury selection process that the court has traditionally used in civil cases which is as follows:

The venire will be seated in the public area (north side) benches at 9:00 a.m. Counsel and the court will be provided copies of the "Judge's List" containing identifying information about each prospective juror listed in the random order in which the prospective jurors will be called into the jury box.

The court then will ask the venire questions designed to elicit bases that may be disqualifying using in part the parties' submitted questions. The court will excuse those prospective jurors demonstrating a basis for disqualification.

After that, fourteen prospective jurors will be called into the jury box in the order in which their names are listed on the Judge's List. Each of the prospective jurors will then be asked to stand and give information about themselves in response to the questions set out on the Juror Biographical Questions sheet filed with this order.

After each of the prospective jurors in the jury box have spoken, using the Juror Biographical Questions, and answered the court's follow-up questions, counsel will have ten minutes per

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

| STATEMENT |
|---|

side to question the prospective jurors in the jury box. Counsel are admonished not to argue the case through their questions, not to attempt to indoctrinate the prospective jurors as to counsel's theory of the facts, and not to seek to elicit commitments from the prospective jurors as to their potential decision in the case.

After each side's counsel has questioned the prospective jurors for their allotted ten minutes, counsel will have five minutes to confer with their respective clients and co-counsel at counsel table and to submit to the court in writing, preferably on the Judge's List, their three peremptory challenges.

The court will notify counsel at a sidebar, outside the prospective jurors' presence, which prospective jurors were challenged peremptorily and the names of the people chosen to be on the jury.

If counsel wish to exercise any challenges for cause, that is to be done by counsel requesting a sidebar, and by quietly voicing their challenges for cause and any responses thereto outside the prospective jurors' presence prior to the exercise of peremptory challenges.

*James F. Holderman*

# JUROR BIOGRAPHICAL QUESTIONS

1. Please restate your name and spell last name.

2. City of residence for last five years. If Chicago, area of city.

3. Marital status.

4. Whether or not there are children; how many; ages

5. Educational background and for spouse, if any.

6. Employment information for at least five years.

7. Spouse's employment information for at least five years.

8. Children's employment information for at least five years.

9. Employment information for at least five years of anyone who lives in residence, for example, parents, roommates.

10. Whether or not you have any prior jury service, when and what kind of case.

11. Have you or any close friend or relative ever been a plaintiff, defendant or witness in any case?

12. Have you or any close friend or relative ever worked for any governmental agency?

13. Have you or any close friend or relative ever been associated with or employed by any police department or law enforcement agency?

14. Have you or any close friend or relative ever been arrested or charged with a crime?

15. Have you or any close friend or relative ever been the victim of a crime?