# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5913 | **DATE** | 11/22/2010 |
| **CASE TITLE** | Rojas vs. Town of Cicero, et al. | | |

**DOCKET ENTRY TEXT**

The Court submits to counsel the (Sample Form) Verdict of the Jury that the court, subject to hearing further from counsel at the pretrial conference set for 3:00 p.m. on November 29, 2010, intends to provide the jurors prior to opening statements at the trial for the jurors' edification. The court will make a final determination as to the final verdict form after evaluating the evidence presented at the trial and after considering the parties' positions as articulated by counsel.

*/s/ James F. Holderman*

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**MERCED ROJAS**,

                Plaintiff,

vs.

**TOWN OF CICERO, et al.**,

                Defendants.

Case No. 08 C 5913

Honorable James F. Holderman

**VERDICT OF THE JURY**

1. On Plaintiff Merced Rojas's claim against Defendant Larry Dominick of Race Discrimination, we the jury find:

   For Merced Rojas        For Larry Dominick
   ☐                           ☐

2. On Plaintiff Merced Rojas's claim against Defendant Town of Cicero of Retaliation for Political Affiliation, we the jury find:

   For Merced Rojas        For Town of Cicero
   ☐                           ☐

3. On Plaintiff Merced Rojas's claim against Defendant Larry Dominick of Retaliation for Political Affiliation, we the jury find:

   For Merced Rojas        For Larry Dominick
   ☐                           ☐

4. On Plaintiff Merced Rojas's claim against Defendant Town of Cicero for Violation of Merced Rojas's Right to Familial Association, we the jury find:

   For Merced Rojas        For Town of Cicero
   ☐                           ☐

5. On Plaintiff Merced Rojas's claim against Defendant Larry Dominick for Violation of Merced Rojas's Right to Familial Association, we the jury find:

| For Merced Rojas | For Larry Dominick |
|---|---|
| ☐ | ☐ |

If you, the jury, found for Merced Rojas on any of Merced Rojas's claims set out in paragraphs 1 through 5 above, please answer paragraph 6 and paragraph 7 as you find appropriate under the facts and the law. If you did not find for Merced Rojas on any of Merced Rojas's claims set out in paragraphs 1 through 5, do not answer paragraph 6 or paragraph 7.

6. We the jury find that the amount of compensatory damages to which Plaintiff Merced Rojas has proved he is entitled on his claim(s) is:

   $_____

7. We the jury find under the facts and the law that Defendant Larry Dominick should be assessed punitive damages in the amount of:

   $_____

_____   _____
Foreperson

_____   _____

_____   _____

_____   _____

Date: _____

SAMPLE