TP:khs 09-1825 10.21.2010 08:27:17

In the United States District Court for the
Northern District of Illinois, Eastern Division

Merced Rojas,

    Plaintiff,

vs.                            No.: 08 cv 5913

Town of Cicero, *et al.*,           Judge Holderman

    Defendants.

Defendants' Renewed Motion for Judgment as a
Matter of Law Pursuant to Federal Rule of Civil Procedure 50(b)

    President Dominick and the Town of Cicero move pursuant to Federal Rule of Civil Procedure 50(b) for judgment as a matter of law. In support thereof they state as follows:

    1.    Trial commenced in this case on July 5, 2011 and the jury reached a verdict on July 14, 2011. On July 14, 2011 this court entered a verdict and judgment in favor of defendants on Rojas' § 1983 equal protection claim and in favor of plaintiff in favor of his § 1983 First Amendment retaliation claim. The jury awarded Rojas compensatory damages of $300,000 and $350,000 in punitive damages.

    2.    Defendants moved for judgment as a matter of law pursuant to F. R. Civ. P. 50(a) at the close of the plaintiff's case in chief. The basis of the defendants' motion was that the plaintiff had failed to meet his burden of proof on the issues of causation and damages and that the jury would not have a sufficient legal basis on which to impose liability. Defendants sought judgment in their favor as a matter of law. The motion was taken under advisement by the court.

    3.    Defendants respectfully submit that the motion for judgment as a matter of law should be granted for the following reasons:

    a. There is no evidence that Rojas' political affiliation was the "but for" reason that President Dominick terminated Rojas. The uncontroverted evidence is President Dominick terminated plaintiff at the conclusion of an investigation based on legal advise and recommendation by the town attorney. President Dominick had no involvement in or direction over the investigation and the sustained findings Rojas committed fireable offenses.

    b. Rojas admitted that he refused to answer questions and cooperate in the investigation because he did not want to incriminate himself, which is in and of itself a fireable offense.

    c. At trial Plaintiff stipulated that he withdrew his political support in October of 2005 but that he was not terminated until a year later in October of 2006. Under Seventh Circuit authority this gap is so attenuated that no liability can be established as a matter of law. President Dominick's conduct during that year's time had no connection to any retaliatory animus nor did it have any political context.

    d. There was no evidence of malice or reckless disregard by President Dominick's towards Rojas or any right he may have had to justify an award of punitive damages.

  4. Defendants now move the court for judgment as a matter of law pursuant to 50(b) for the reasons stated and will be elaborated upon in their memorandum and brief filed in support of this motion.

  Wherefore the defendants respectfully request that this court enter judgment as a matter of law in their favor and further relief the court determines is warranted under the circumstances.

August 11, 2011                 s/ Craig D. Tobin
                          Attorney for President Dominick

                s/ Cynthia Grandfield
                Attorney for Town of Cicero

Certificate of Service

  I hereby certify that I served the foregoing using the court's CM/ECF system which will send notification of such filing to the counsel of record.

August 11, 2011              s/ Craig D. Tobin

Craig D. Tobin
Tomas Petkus
Karl H. Schook
Tobin & Muñoz, L.L.C.
Attorneys for President Dominick
Three First National Plaza, Suite 1950
Chicago, Illinois 60602-4298
Office: (312) 641-1321
Fax: (312) 641-5220
Email: ctobin@barristers.com
   tomaspetkus@barristers.com
   khschook@barristers.com
Web: www.barristers.com

Austin Zimmer
Cynthia Grandfield
Del Galdo Law Group, L.L.C.
Attorneys for Town of Cicero
1441 S. Harlem Avenue
Berwyn, Illinois 60409
(708) 222-7000
zimmer@dlglawgroup.com
grandfield@dlglawgroup.com

\\M1\clients\T&M\Dominick adv. Rojas\Post-Trial\motion, 50b.doc