## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

January 5, 2015

Before:

FRANK H. EASTERBROOK, Circuit Judge

DIANE S. SYKES, Circuit Judge

DAVID F. HAMILTON, Circuit Judge

| No.: 14-1446 | MERCED ROJAS,<br>Plaintiff - Appellee<br><br>v.<br><br>TOWN OF CICERO and LARRY DOMINICK, President of the Town of Cicero, Illinois,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cv-05913<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin ||

The decision is AFFIRMED with respect to the motion under §1927 and VACATED with respect to the motion under Rule 26(g)(3). The case is REMANDED for proceedings consistent with the opinion.

The above is in accordance with the decision of this court entered on this date. No costs are awarded.