THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCED ROJAS, | |
| Plaintiff, | |
| v. | Case No. 08 C 5913 |
| TOWN OF CICERO, *et al.*, | Judge Thomas M. Durkin |
| Defendants. | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. 41(A)(1)**

The Parties, through their undersigned counsel, hereby stipulate and agree to voluntarily dismiss this case and all matters and pending motions with prejudice, with each Party and their counsel to bear their own fees and costs.

Respectfully submitted,

**/s/*Heidi Karr Sleper*** 

Dana L. Kurtz
Heidi Karr Sleper
KURTZ LAW OFFICES, LTD.
32 Blaine Street
Hinsdale, IL 60521
Office: 630.323.9444
Facsimile: 630.604.9444
Email: dkurtz@kurtzlaw.us
Email: hsleper@kurtzlaw.us


**/s/*K. Austin Zimmer*** 
Attorneys for Town of Cicero

K. Austin Zimmer
Cynthia Grandfield
DEL GALDO LAW GROUP, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
Office: (708) 222-7000
Email: zimmer@dlglawgroup.com


**/s/*Craig D. Tobin*** 
Attorneys for Larry Dominick

Craig D. Tobin
Tom Petkus
Sean M. Sullivan
TOBIN & MUNOZ, LLC
3 First National Plaza, Suite 1950
Chicago, IL 60602
Office: (312) 641-1321
Email: ctobin@barristers.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies and states that the attached documents were served on the designated attorneys by electronic service via the Court's ECF System on this 17th day of October 2016.

K. Austin Zimmer zimmer@dlglawgroup.com
Cynthia Sara Grandfield grandfield@dlglawgroup.com
Craig Daniel Tobin ctobin@barristers.com
Tomas Petkus tomaspetkus@barristers.com
Sean Michael Sullivan ssullivan@barristers.com

/s/*Heidi Karr Sleper*

*Electronically filed October 17, 2016*